RECEIVED
BY

MAR 1 7 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

2:10-cv-0280-P
Doc#5

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. COURTHOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS



ATTEMPTED NOT KNOWN

RTS

No D
Here

RECEIVED
MAR 1 7 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA



UNITED STATES POSTAL SERVICE
$01.22°
02 1R
000455674
MAR 04 2010
MAILED FROM ZIP CODE 71101

Leroy Mosley
#535937
CINC - St Martin Deporres Work Release
1101 Canvasback St.
Lake Charles, LA 70615

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

LEROY MOSLEY #535937        CIVIL ACTION NO. 2:10CV280     SEC P

VERSUS        JUDGE MINALDI

ALAN J REINECKE ET AL        MAGISTRATE JUDGE KAY

### MEMORANDUM ORDER

Before the court is a civil rights suit filed on February 8, 2010 . Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reason(s):

Plaintiff has failed to submit the complaint on approved forms. NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS. **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

Plaintiff has failed to submit either the $350.00 to file his complaint or a completed application to proceed *in forma pauperis*. **Plaintiff must either send $350.00 or a completed *in forma pauperis* application in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE at Lake Charles, Louisiana, this 3rd day of March, 2010.

                 KATHLEEN KAY
        UNITED STATES MAGISTRATE JUDGE

cc: Mosley w/1983 & IFP forms

INSTRUCTIONS FOR FILING A     *10-0280*
CIVIL RIGHTS COMPLAINT BY A PRISONER PURSUANT TO 42 U.S.C. § 1983

1.  **FILL OUT THE FORM:** Your complaint must conform to the following instructions and must be on the attached form; otherwise it will be returned to you. You may attach additional pages where necessary. You must file a separate complaint for each claim unless the claims are related to the same incident or issue

2.  **STATE ONLY FACTS.** Your complaint must include only facts -- not legal arguments or citations. In order to state a claim under § 1983, you must state **facts** which show that the named defendant(s) violated your rights secured by the Constitution.

3.  **TYPE OR PRINT THE COMPLAINT.** Your complaint must be typed or legibly handwritten.

4.  **PAPER SIZE.** All pleadings and other papers submitted for filing must be on 8½" x 11" paper (letter size paper not legal size paper).

5.  **SIGN THE COMPLAINT.** The plaintiff must sign the complaint. The signature does not need to be notarized. The complaint must bear an original signature and not a copy.

6.  **LOCATION OF DEFENDANT(S).** Your complaint can be filed in this court (the Western District of Louisiana) **only** if one or more of the named defendants are located within this district.

7.  **FEES AND COSTS.** You must pay a filing fee of $350. If you are unable to pay the entire filing fee and service costs for this action, you may petition the court to proceed as a pauper ("*in forma pauperis*"). However, even if the court grants your request, you will be required to pay the full filing fee in accordance with the requirements set forth on the application to proceed *in forma pauperis* which is attached.

8.  **PROCEEDING *IN FORMA PAUPERIS*.** If you are proceeding under 28 U.S.C. § 1915, *et seq.*, the court wil review your complant before ordering service of process on the defendants. The review will determine whether the complaint is legally frivolous or malicious, or fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. *See*, 28 U.S.C. § 1915(e)(2). Your complaint will also be reviewed to determine whether you should be required to exhaust administrative remedies. *See*, 42 U.S.C. § 1997e(a).

9.  **THREE OR MORE SUITS.** If you have filed three or more civil actions and/or appeals while incarcerated or detained, and the actions have been dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, you will not be permitted to proceed *in forma pauperis* unless you are under imminent personal danger. *See*, 28 U.S.C. § 1915(g).

10. **WHERE TO MAIL.** When the complaint and/or pauper application is completed, mail the original to the **Clerk of the United States District Court for the Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

11. **SERVICE OF PROCESS.** The Marshal will serve the defendant(s) only if the service costs have been paid, or the court has granted the application to proceed *in forma pauperis*. You must furnish the Marshal with a correct and complete name and address for each defendant.

12. **COPIES.** You must pay the Clerk for any copies of your complaint or other court records, even if you are proceeding *in forma pauperis*.

**Form to be used by a prisoner filing a civil rights complaint under**
**THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

_____     ____*10 - 0280*_____  Sec.P

Full Name of Plaintiff, Prisoner Number     Civil Action

VS.     _____

     Judge

_____     _____

Full Name of Defendant     Magistrate Judge

### COMPLAINT

**I.   Previous Lawsuits**

   A.  Have you begun any other lawsuit while incarcerated or detained in any facility?
       Yes _____        No _____

   B.  If your answer to the preceding question is yes, provide the following information.

       1.  State the court(s) where each lawsuit was filed (if federal, identify the District; if state
           court, identify the county or parish):

           _____

           _____

       2.  Name the parties to the previous lawsuit(s):

           Plaintiffs:  _____

           Defendants:  _____

       3.  Docket number(s): _____

       4.  Date(s) on which each lawsuit was filed: _____

       5.  Disposition and date thereof [For example, was the case dismissed and when? Was it
           appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

           _____

   C.  Have you filed any lawsuit or appeal in any federal district court or appeals court which

has been dismissed?
Yes _____         No _____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.   A.   Name of institution and address of current place of confinement:**

_____

    B.   Is there a prison grievance procedure in this institution?
        Yes _____         No _____

        1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
            Yes _____         No _____
            If Yes, what is the Administrative Remedy Procedure  number? _____

        2.   If you did not file an administrative grievance, explain why you have not done so.

            _____

            _____

        3.   If you filed an administrative grievance, answer the following question.
            What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

            _____

            _____

            Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

## III. Parties to Current Lawsuit:

A. Name of Plaintiff _____

   Address _____

B. Defendant, _____, is employed as

   _____ at _____.

   Defendant, _____, is employed as

   _____ at _____.

   Defendant, _____, is employed as

   _____ at _____.

   Additional defendants _____

   _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.  Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

VI. Plaintiff's Declaration

A.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this _____ day of _____, _____.**

_____        _____
Prisoner no. (Louisiana Department of          Signature of Plaintiff
Corrections or Federal Bureau of Prisons
or Alien registration number)

**5/2006**

**SECTION P**

Civil Action No. *10-0280*

**INSTRUCTIONS FOR FILING AN**
**APPLICATION TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915**
**(FOR BOTH PRISONERS AND INS DETAINEES)**
Last Updated: January 11, 2010

1.**WHO SHOULD USE THIS FORM.** Prisoners and INS detainees who are unable to pay the filing fee and service costs to file a suit with this court should use this *in forma pauperis* ("IFP") application. Please note that prisoners and INS detainees follow different rules when an IFP application is granted and the following requirements should be followed:

   A. **For Prisoners (Not INS Detainees):** In the past, some prisoners granted IFP status were ordered to pay only part of the $350.00 filing fee and were never obligated to pay any more. However, the Prison Litigation Reform Act ("PLRA") has now changed this. The PLRA amended 28 U.S.C. § 1915 to obligate a prisoner granted IFP status to pay the entire filing fee of $350.00 in a civil action and $5.00 in a habeas corpus petition. The granting of *in forma pauperis* status allows a prisoner to proceed in a civil case without having to prepay the entire filing fee. A prisoner granted IFP status is able to pay the filing fee of $350.00 in small increments over time and is obligated to pay the full amount **no matter how long it takes and regardless of whether the action is dismissed or if the prisoner is released from confinement.**

   B. **For INS Detainees Only:** Just like prisoners, INS detainees who file suit with this court may also file for IFP status. However, the Prison Litigation Reform Act does not apply to INS detainees. Therefore, INS detainees who are granted IFP status do not pay any of the $350.00 filing fee and are only required to pay $5.00 for a habeas corpus action. An INS Detainee who is denied IFP status in a civil action must pay the entire filing fee of $350.00.

2.   **FILL OUT THE FORM:** To file an application to proceed *In Forma Pauperis,* the applicant must submit the following forms:

   a. An affidavit that includes a statement of all assets the applicant possesses; and

   b. A certified copy of the applicant's account statement for the last six months, obtained from the appropriate official at the prison or correctional facility; and

   c. A signed form authorizing the institution of incarceration to forward from the applicant's account to the Clerk of Court any filing fee or initial partial filing fee assessed by the Court and if a prisoner and not an INS detainee to forward monthly payments thereafter of 20 percent of the prisoner's preceding month's income credited to the prison account until the full amount of the filing fee is paid.

   All information must be clearly and concisely written in the appropriate space on the form. If additional space is needed to provide information about the case, attach additional blank pages. **DO NOT WRITE ON THE BACK OF ANY OF THE PAGES**; any writing on the back of any page might not be considered by the court.

1

3.  **TYPE OR PRINT THE COMPLAINT.** The *in forma pauperis* application must be typed or legibly handwritten.

4.  **PAPER SIZE.** The *in forma pauperis* application must be on 8½" x 11" letter size paper.

5.  **SIGN THE FORM.** The applicant applying for pauper status must sign and declare under penalty of perjury that the information provided is correct. In addition, the applicant must sign authorizing the institution where the applicant is in custody to forward certified copies of the applicant's account and any payments to the Clerk of Court. Applications must contain an original signature and not a copy.

6.  **ASSESSMENT OF FILING FEES FOR PRISONERS (NOT INS DETAINEES) IN A CIVIL RIGHTS ACTION.** If the court determines that a prisoner is unable to pay the full filing fee, the court will allow the applicant to proceed *in forma pauperis.* The court will then assess and, when funds exist, collect an <u>initial partial filing</u> fee of 20 percent of the greater of the average monthly deposits to the applicant's account or 20 percent of the average monthly balance in the applicant's account for the 6 month period immediately preceding his or her application to proceed *in forma pauperis.* See 28 U.S.C. §1915(b)(1). Thereafter, a prisoner is required to make <u>monthly payments</u> of 20 percent of the preceding month's income which is credited to the prison account to the Clerk of Court <u>until the fees are paid in full</u>. Such payments shall be forwarded to the Clerk of Court by the prison official each time the amount in the prisoner's account exceeds $10.00. See 28 U.S.C. §1915(b)(2). If an applicant has no assets and no means to pay the initial partial filing fee, the applicant will not be prohibited from bringing an *in forma pauperis* action. See 28 U.S.C. §1915(b)(4). However, prisoners who do not pay an initial partial filing fee will still be required to make monthly payments as described above from the money the prisoner collects at a later date. **Note: Once a filing fee is assessed for a prisoner, the <u>full</u> filing fee must be eventually paid regardless of the outcome of the case!**

7.  **THREE OR MORE SUITS.** An applicant who has filed three or more civil actions and/or appeals while incarcerated or detained, and the actions have been dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, may not proceed *in forma pauperis* in bringing a new civil action or in appealing a judgment absent a threat of imminent, serious physical injury. *See,* 28 U.S.C. § 1915(g).

8.  **WHERE TO MAIL.** When the *In Forma Pauperis* application is completed, mail the original to the **Clerk of the United States District Court for the Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

9.  **DEFICIENT APPLICATIONS.** *In Forma Pauperis* applications which do not conform to these instructions will be returned with a notation as to deficiency.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

| | |
|---|---|
| _____ | |
| **DOC NO.** _____ | **CIVIL ACTION NO.** *10-0280* SEC. P |
| **VERSUS** | **JUDGE** _____ |
| _____ | **MAG. JUDGE** _____ |

## AFFIDAVIT TO PROCEED *IN FORMA PAUPERIS*

I, _____, prisoner/INS identification number _____,
**(Full Name)**
declare that I am the_____ **Petitioner/Plaintiff**

> \* If you are a plaintiff in a civil rights action, are you serving a criminal sentence? _____yes _____ no

> \* If you are **not** serving a criminal sentence, are you being held pursuant to a detainer placed upon you by a government agency such as the Immigration and Naturalization Service? \_\_\_\_\_yes_____no

> _____ **Movant (filing 28 U.S.C §2255 motion)**

> _____ **Other** _____

in this case. In support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. §1915, I declare that I am unable to pay the full filing fee or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you incarcerated? _____ yes _____ no

If "Yes," state place of incarceration: _____

_____.

(If "No," this  is the wrong form for you. You should request the Non-prisoner Declaration in

3

Support of Request to Proceed *In Forma Pauperis*.)

2.       Do you have a work, program, status assignment, or other circumstances which causes you to be paid

by the prison, jail or other custodial institution? _____ Yes _____ No

3.       In the past 12 months have you received money from the following sources? If so, state the total

amount received.                                                                                    **Amount**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| A. | Business, profession, or other self-employment | _____Yes | _____ No | $_____ |
| B. | Rent payments, interest, or dividends | _____Yes | _____No | $_____ |
| C. | Pensions, annuities, or life life insurance payments | _____Yes | _____No | $_____ |
| D. | Disability or Workers' Compensation Payments | _____ Yes | _____No | $_____ |
| E. | Gifts or Inheritances | _____Yes | _____No | $_____ |
| F. | Any other sources | _____Yes | _____ No | $_____ |

If the answer to any of the above is "Yes," describe each source of money and state the

amount received **and** the amount that you expect to continue to receive.

4.       Do you have **any** cash or checking or savings accounts outside the prison?

_____Yes            _____No      Amount $_____

5.       Do you have a secondary savings account, such as a certificate of deposit or a savings bond?

_____Yes            _____No      Amount $_____

6.       Do you own any assets including real estate, stocks, bonds, securities, other financial instruments,

automobiles, or other valuable property?

_____Yes            _____No

If "yes," describe each asset and state its value:

4

**VALUE**

Automobiles _____     $_____
(Make/model/year)_____
Stocks _____     $_____
Bonds _____     $_____
Notes _____     $_____
Real Estate _____     $_____
                $_____(Mortgage)

Other _____     $_____

7.      Have you on any prior occasion, while incarcerated or detained in any prison, jail, or other facility,

brought an action in federal court that was dismissed on the grounds that it was frivolous, malicious, or failed

to state a claim upon which relief could be granted?          _____Yes          _____ No

        If "yes," list the dismissals:

        <u>Date Dismissed</u>  <u>Case Name</u>                    <u>Case number</u>          <u>Court</u>

        _____        _____ v. _____      _____       _____

        _____        _____ v. _____      _____       _____

        _____        _____ v. _____      _____       _____


        **I declare under penalty of perjury that I have submitted above a complete statement of all of
the assets that I possess and that all of the information set out above is true and correct.**


        **Executed on _____            _____**
                **(Date)                              (Signature of Applicant)**

5

## AUTHORIZATION

I, _____, prisoner/INS detainee identification number _____,

request and authorize the institution holding me in custody, to send to the Clerk of Court for the United States

District Court, Western District of Louisiana, a certified copy of the statement for the last six months of my

account at the institution where I am incarcerated and/or detained. If required by this court, I further authorize

the institution holding me to forward from my account to the Clerk of Court any initial partial filing fee

assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison

account or the average monthly balance in my prison account for the six-month period immediately preceding

the filing of this complaint or petition. Thereafter, if I am a prisoner and not an INS detainee, I authorize the

institution of incarceration to forward monthly payments of 20 percent of my preceding month's income

credited to my prison account to the Clerk of Court each time my balance exceeds $10.00 until I have paid

the filing fee in full.

This authorization is furnished in connection with the commencement of a civil action, and I

understand that the total amount of filing fees for which I am obligated is $350.00. I also understand if I am

a prisoner and not an INS detainee that these fees will be debited from my account regardless of the outcome

of my civil action. This authorization shall apply to any other institution into whose custody I may be

transferred.

I further acknowledge that I have not directly or indirectly paid or caused to be paid to any inmate,

agent of an inmate, or family member of an inmate a sum of money, favors or anything else for assistance

in the preparation of this document or any other document in connection with this action.

Dated: _____


_____
**Signature of Prisoner**

6

## **CERTIFICATE**

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the below financial certificate.  I understand that:

(1)  if I commence a petition for Writ of Habeas Corpus in federal court pursuant to 28 U.S.C. §2254 or 28 U.S.C. §2241, the filing fee is $5.00, and such fee will have to be paid by me.

(2)  if I file a civil action with this court (such as an action pursuant to 42 U.S.C. §1983) the filing fee is $350.00, and, that:

(a) if my current account balance at the institution  is $350.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $350.00 before I will be

allowed to proceed with the action;

(b) if my current account balance at the institution is $350.00 or less and I am a prisoner and not an INS detainee, that before the action will be served on the defendants, I will be required to pay 20 percent of my average monthly balance,  or the average monthly deposits to my account, whichever is greater. Thereafter I must pay installments of 20 percent of the preceding month's deposits to my account in months that my account balance exceeds $10.00, and I hereby authorize the institution where I am confined to make such deductions. I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

(c) if my current account balance at the institution is $350.00 or less and I am an INS detainee granted IFP status, I will not pay any of the $350.00 filing fee in a civil matter and will only pay $5.00 in a habeas matter. If I am an INS detainee and I am denied IFP status, I must pay the full $350.00 filing fee.

(3) I further state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member or any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

_____
**Date**

_____
**Printed Name of Applicant**

_____
**Signature and Prison Number of Applicant**

7

**\*TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION**

I certify that _____ (Insert name of prisoner/detainee and number) has the

current sum of $_____ on account to his credit at _____

(name of institution). I further certify that during the past six months the applicants average balance

was $_____ and that the applicant's average monthly deposits were $_____.

I have attached a certified copy of the applicant's prison trust fund account statement showing at

least the past six months' transactions.

I further certify that the applicant does/does not **(circle one)** have a secondary savings

account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any,

is  $_____.

Dated: _____, 20____

_____
**Signature of Authorized Officer**


_____
**Printed Name of Authorized Officer**

8